JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARUSO AND HELEN MONTERO,<br><br>Plaintiff,<br><br>v.<br><br>MERAGON FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 2:25-cv-01653-AB-AJR<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 2, 2025

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.