UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARUSO AND HELEN MONTERO,<br><br>          Plaintiff,<br><br>     vs.<br><br>MERAGON FINANCIAL SERVICES, INC.,<br><br>          Defendant(s). | Case No.: 2:25-cv-01653-AB-AJR<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

### [~~PROPOSED~~] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  August 28, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

- 1 -

~~PROPOSED~~ ORDER